UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:99-cr-126-FtM-29DNF

VICKIE SPEASE

## ORDER

On August 1, 2006 the defendant, **Vickie Spease**, appeared before the Court with counsel, Russell Rosenthal, and counsel for the government, Yolande Viacava. On January 31, 2006, this matter was before the Court and the defendant admitted the violations in the Petition, and was advised of her rights and the possible penalties by the Court. At the request of the defendant, sentencing was continued to August 31, 2006, there being no objection by the government.

The defendant, **Vickie Spease**, was sentenced on May 31, 2000, by the Honorable Elizabeth A. Kovachevich, for the offense of Conspiracy to Possess with Intent to Distribute Cocaine Base and received a sentence imposing a period of incarceration of twenty-four (24) months followed by a period of supervised release of five (5) years with a special condition for inpatient or outpatient drug and alcohol treatment. The Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered.

The Court finds, after hearing from the Probation Officer, counsel and the defendant, that the defendant has violated the terms of Supervised Release.

It is, therefore, **ORDERED**:

1. The Court finds the defendant in violation of Supervised Release for the reasons stated in the Petition (Doc. #51). The Court will impose no additional sentence.

2. The term of Supervised Release is *reinstated* and will remain in effect as imposed in the Order of Revocation of Supervised Release (Doc. #47) filed on February 10, 2004.

**DONE** and **ORDERED** at Fort Myers, Florida this 1st day of August, 2006.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
       U.S. Marshal
       Probation