UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                                  **Case No. 2:99-cr-126-FtM-29DNF**

**VICKIE SPEASE**

_____

**ORDER**

On August 28, 2006 the defendant, **Vickie Spease**, appeared before the Court with counsel, Russell Rosenthal, and counsel for the government, Yolande Viacava. The defendant admitted the violations in the Petition, and was advised of her rights and the possible penalties by the Court.

The defendant, **Vickie Spease**, was sentenced on May 31, 2000, by the Honorable Elizabeth A. Kovachevich, for the offense of Conspiracy to Possess with Intent to Distribute Cocaine Base and received a sentence imposing a period of incarceration of twenty-four (24) months followed by a period of supervised release of five (5) years with a special condition for inpatient or outpatient drug and alcohol treatment. The Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered.

The Court finds, after hearing from the Probation Officer, counsel and the defendant, that the defendant has violated the terms of Supervised Release for the reasons stated in the Petition and on the record.

It is, therefore, **ORDERED**:

1.     The Petition (Doc. #66) is **GRANTED**.

2. The term of Supervised Release is **REVOKED** and the defendant, **Vickie Spease**, is hereby committed to the custody of the Bureau of Prisons for **IMPRISONMENT** for a period of **Six (6) Months**.

2. **Supervised Release is not reimposed.**

3. The Court recommends that the defendant receive medical treatment, as needed, for her liver condition.

**DONE** and **ORDERED** at Fort Myers, Florida this 29th day of August, 2006.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
U.S. Marshal
Probation